# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GEICO GENERAL INSURANCE COMPANY,**
Appellant,

v.

**CARE MEDICAL CENTER a/a/o JOANNE MULLIN,**
Appellee.

No. 4D21-255

[June 30, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos. CONO19-662 and CACE20-1757.

Michael A. Rosenberg, Thomas L. Hunker and Peter Weinstein of Cole, Scott & Kissane, P.A., Plantation, for appellant.

Douglas A. Stein of Douglas A. Stein, P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed. See Geico Indem. Co. v. Muransky Chiropractic, P.A.*, No. 4D21-0457 (Fla. 4th DCA June 24, 2021).

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***